COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

☑Cause number:    01-10-00487-CV

Style:    Kamal S. Kadi

**v** Autumn Chase Townhomes Owner's Associaton, Inc.

Date motion filed[*]:    September 18, 2012

Type of motion:    Motion for rehearing filed

Party filing motion:    Appellant

Document to be filed:

If motion to extend time:

    Deadline to file document:

    Number of previous extensions granted:

    Length of extension sought:

Ordered that motion is:

☐    Granted
    If document is to be filed, document due: _____

      ☐    The Clerk is instructed to file the document as of the date of this order
      ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☑    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Sherry Radack
    ☐ Acting individually    ☑ Acting for the Court

Panel consists of .

Date:  February 27, 2013